**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 21-11571-elf |
| | : | |
| Steven J. Gibson, | : | Chapter 13 |
| | : | |
| Debtor. | : | |

**PRAECIPE TO WITHDRAW PROOF OF CLAIM**

To the Clerk of Court:

Please withdraw Proof of Claim #9, which was filed by the Debtor on behalf of Philadelphia Gas Works on November 7, 2021. Because PGW has now filed its own proof of claim, the Debtor-filed claim is no longer necessary. Thank you.

Date: November 8, 2021

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael I. Assad
      Michael I. Assad (#330937)
      1500 Walnut Street, Suite 900
      Philadelphia, PA 19102
      215-735-1060
      mail@cibiklaw.com