# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 21-11571-elf |
| | : | |
| Steven J. Gibson, | : | Chapter 13 |
| | : | |
| Debtor. | : | Related to ECF No. 37 |

## CERTIFICATE OF SERVICE

I, Michael I. Assad, hereby certify that on this date a true and correct copy of the Fourth Amended Chapter 13 Plan was served on the chapter 13 trustee and all priority, secured, and separately classified creditors through the CM/ECF system or by first class mail as listed below.

Date: November 30, 2021                             /s/ Michael I. Assad
                                                    Michael I. Assad (#330937)
                                                    Cibik Law, P.C.
                                                    1500 Walnut Street, Suite 900
                                                    Philadelphia, PA 19102
                                                    215-735-1060
                                                    mail@cibiklaw.com

## SERVICE LIST

### *Via CM/ECF*

REBECCA ANN SOLARZ on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

KENNETH E. WEST
ecfemails@ph13trustee.com, philaecf@gmail.com

### *Via First Class Mail*

Exeter Finance LLC, c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

City of Philadelphia Law Department
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595

Philadelphia Gas Works
800 W Montgomery Avenue
Philadelphia Pa,19122

Purchasing Power, LLC
2727 Paces Ferry Road SE
Bldg.2, Ste 1200
Atlanta, GA 30339